WEIBBOLD, respondent, *v.* DAVIS, appellant.

*Appeal from District Court, Silver Bow County.*

KNOWLES & FORBES, for the appellant.

THOMAS L. NAPTON, for the respondent.

BACH, J. It is conceded that the questions for review in this case are identical with those heretofore decided by this court in the case of *King* v. *Thomas*, 6 Mont. 409. Accordingly, and on the authority of that case, the judgment and order denying a motion for a new trial are affirmed, with costs.

*Judgment affirmed.*

McCONNELL, C. J., and McLEARY, J., concur.